UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARCUS ANDERSON, | ) | |
| | ) | |
| Petitioner, | ) | 2:10-cv-01916-KJD-LRL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BRIAN E. WILLIAMS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

Before the Court is respondents' motion for enlargement of time to file their Answer to the Petition for Writ of Habeas Corpus (docket #5), seeking until February 25, 2011. Good cause appearing,

**IT IS THEREFORE ORDERED** that the motion for time (docket #5) is **GRANTED.** The Answer to the Petition shall be filed and served on or before February 25, 2011.

Dated this 27th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE