UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARCUS ANDERSON, | ) | |
| | ) | |
| Petitioner, | ) | 2:10-cv-01916-KJD-LRL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BRIAN E. WILLIAMS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, filed by petitioner appearing pro se. Before the Court is respondents' motion to dismiss (ECF No. 7), which is unopposed by petitioner despite having received notice from the Court of the requirements of *Klingele v. Eikenberry* and *Rand v. Rowland,* which advised him of the consequences of a failure to respond to this dispositive motion. *See* ECF No. 8.

The motion to dismiss contends that grounds one and nine of the petition must be dismissed because the claims are either unexhausted or fail to state a federal claim for relief. Pursuant to the provisions of Local Rules of Procedure, Rule 7-2, petitioner's failure to respond to the motion is a concession on his part that the arguments are valid. Therefore, the motion to dismiss shall be granted and grounds one and nine shall be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that the motion to dismiss (ECF No. 7) is **GRANTED.** Ground one and ground nine of the petition are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the answer to the remaining grounds in the

petition shall be filed and served on or before May 16, 2011. Petitioner's reply shall be filed and served thirty days thereafter.

DATED: May 6, 2011

_____
UNITED STATES DISTRICT JUDGE